IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 104-074 |
| | * | |
| HAROLD EMERY LENTS, JR. | * | |

# O R D E R

Before the Court in the captioned case is a *pro se* motion filed by Defendant Harold Emery Lents, Jr., to terminate the remainder of his supervised release pursuant to 18 U.S.C. § 3583(e)(1). Lents pled guilty to one count of possession of an unregistered sawed-off shotgun in violation of 26 U.S.C. § 5861(d). On January 11, 2005, he was sentenced to serve 36 months imprisonment and three years of supervised release. Presently, Lents has served his term of imprisonment and one year of the supervised release term. Through his motion to modify sentence, Lents requests that the remaining term of supervised release, two years, be vacated.

The Government opposes Lents's motion because of the nature of the criminal offense and his criminal history. Thus, the Government contends that his activities should remain under supervision.

Having given due consideration to his motion and upon

consultation with the United States Probation Office, I find that terminating Lents's supervised release at this time would be premature. Accordingly, **IT IS ORDERED** that the motion for early termination [doc. no. 29] is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this ____22nd____ day of April, 2008.

_____
UNITED STATES DISTRICT JUDGE